**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose OCHOA–TORRES, Defendant–Appellant.**

No. 02–50288.

D.C. No. CR–01–02891–1–JML.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Esther O. Lemus, USSD, San Diego, CA, for Plaintiff–Appellee.

Gordon S. Brownell, St. Helen, CA, for Defendant–Appellant.

Before HALL, O'SCANNLAIN and RYMER, Circuit Judges.

MEMORANDUM**

Jose Ochoa–Torres appeals his guilty-plea conviction and 46–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ochoa–Torres has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ochoa–Torres has not filed a

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.